IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILKER GENE BOYLES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of the )<br>Social Security Administration, )<br>)<br>Defendant. ) | Case No. 14-CV-532-PJC |

**OPINION AND ORDER**

On July 30, 2015, this Court reversed the decision of the Commissioner and remanded this case for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). (Dkt. #20 and #21). Plaintiff filed an Application for Award of Attorney Fees (Dkt. #25) requesting an award of fees in the amount of $5,605.40 for 20.0 hours of attorney time and 18.4 hours of paralegal time pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. The Commissioner filed a response to Plaintiff's Application for fees on October 7, 2015. (Dkt. #26). Commissioner does not contest an award of fees in the amount sought by Plaintiff. The Court has reviewed the pleadings and finds that Plaintiff, Wilker Gene Boyles, is the prevailing party and the fees sought are reasonable.

**THEREFORE IT IS ORDERED** that Plaintiff be awarded EAJA attorney fees in the amount of $5,605,40, in care of his counsel. If attorney fees are also awarded under 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen,* 803 F.2d 575, 580 (10th Cir. 1986).

**DATED** this 27th day of October 2015.

_____
Paul J. Cleary
United States Magistrate Judge